## CONFIDENTIAL SETTLEMENT AGREEMENT

This Confidential Settlement Agreement and Release of All Claims (hereinafter "Agreement") is made and entered into by and between EUGENIO SUESCUN, on behalf of himself, his agents, assigns, attorneys, heirs, successors, executors and administrators (hereinafter referred to collectively as "Suescun"), and T.U.S.A. Inc., Furniture Palace Inc., Universal Varieties Inc., and Nedal Tayeh, an individual,, an individual, (hereinafter referred to collectively as the "Defendants"), on behalf of themselves and for the benefit of T.U.S.A. Inc., Furniture Palace Inc., Universal Varieties Inc., and Nedal Tayeh's parent(s), subsidiaries, divisions, affiliates and other related entities (including, but not limited to, T.U.S.A. Inc., Furniture Palace Inc., Universal Varieties Inc.), and all of its and their incumbent and former officers, directors, owners, shareholders, investors, agents, attorneys, employees, fiduciaries, successors, assigns and representatives, in their individual and/or representative capacities, and for the benefit of the individual defendants' agents, assigns, attorneys, heirs, successors, executors and administrators (hereinafter referred to collectively as "Releasees").

**WHEREAS**, on or about June 14, 2007, Plaintiff Suescun filed, in the United States District Court for the Eastern District of New York, a complaint in an action entitled, EUGENIO SUESCUN , on his own behalf and others similarly situated, vs T.U.S.A. Inc., Furniture Palace Inc., Universal Varieties Inc., and Nedal Tayeh, an individual, Case No. 07-2400, asserting violations of the FLSA and New York Labor Law (Hereinafter, the "Complaint"); and

**WHEREAS,** Plaintiffs and the Defendants desire to fully and finally resolve and settle in full all claims that Plaintiffs had, has, or may have against any of the Releasees,

WHEREFORE, the undersigned subscribe to this Agreement, as it applies to each, as of the date(s) set forth below opposite their respective signatures.

Dated: _Aug. 24.07_

_____

Eugenio Suescun

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF _Queens_  )

On this _24_ day of _August_ 2007, before me, the undersigned, appeared Eugenio Suescun, personally known to me or proved to me on the basis of satisfactory evidence to be that individual, and he executed the above agreement by free act and deed, and thereby subscribed to it.

_____
Notary Public

Lia Djanachvili
Notary Public, State of New York
No. 01DJ5077017
Qualified in Queens County
Commission Expires April 28, 2009

Dated: _8-24-07_

Nadel Tayeh

_____

Its: _____ Agent _____

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF _Queens_  )

On this _24_ day of _August_, 2007, before me, the undersigned, appeared Nadel Tayeh, personally known to me or proved to me on the basis of satisfactory evidence to be that individual, and he executed the above agreement by free act and deed, and thereby subscribed to it.